## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 43 WM 2022
:
:
v. :
:
:
CARLTON F. WATLER :
:
:
PETITION OF: AARON N. HOLT, ESQ. :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, in light of the order entered by the Court of Common Pleas of Cambria County on January 3, 2023, which granted the motion to withdraw filed by counsel in that tribunal, the instant Motion to Withdraw as Counsel is DISMISSED.